UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Jennifer Adams v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:12-cv-10114-DRH* |
| *Jessica and Cheyenne Allen v. Bayer Pharma AG, et al.* | *No. 3:11-cv-13141-DRH* |
| *Kim Allen v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:12-cv-10251-DRH* |
| *Brittany Bagnall v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-13557-DRH* |
| *Julie Baker v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-13569-DRH* |
| *Christina Berninger v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:12-cv-10064-DRH* |
| *Emily Berry v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:12-cv-10118-DRH* |
| *Courtney Bigel v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-13405-DRH* |
| *Rebecca Boren v. Bayer Corp., et al.* | *No. 3:11-cv-13604-DRH* |
| *Tara and Michael Burns v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:12-cv-10065-DRH* |
| *Katherine Campbell v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:12-cv-10161-DRH* |
| *Jillian Carpenter v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:12-cv-10269-DRH* |

*Deborah Cobb v. Bayer HealthCare Pharmaceuticals, Inc., et al.*    No. 3:12-cv-10090-DRH

*Nicole Daigle v. Bayer HealthCare Pharmaceuticals, Inc., et al.*    No. 3:11-cv-13466-DRH

*Shelley Darby v. Bayer HealthCare Pharmaceuticals, Inc., et al.*    No. 3:11-cv-13302-DRH

*Christina DiPierro v. Bayer HealthCare Pharmaceuticals, Inc., et al.*    No. 3:12-cv-10062-DRH

*Jennifer Dombrowski v. Bayer HealthCare Pharmaceuticals, Inc., et al.*    No. 3:11-cv-13556-DRH

*Christine Dorries v. Bayer Corp., et al.*    No. 3:11-cv-12629-DRH

*Tunisia Fitch v. Bayer HealthCare Pharmaceuticals, Inc., et al.*    No. 3:12-cv-10038-DRH

*Ana Gadsby v. Bayer HealthCare Pharmaceuticals, Inc., et al.*    No. 3:11-cv-13562-DRH

*Anissa Gallifent v. Bayer HealthCare Pharmaceuticals, Inc., et al.*    No. 3:12-cv-10155-DRH

*Kimberly and John Hasenberg v. Bayer HealthCare Pharmaceuticals, Inc., et al.*    No. 3:11-cv-13305-DRH

*Elizabeth Howard v. Bayer HealthCare Pharmaceuticals, Inc., et al.*    No. 3:11-cv-13576-DRH

*Jolene Jaquez v. Bayer HealthCare Pharmaceuticals, Inc., et al.*    No. 3:11-cv-13422-DRH

*Cheryl Kan v. Bayer HealthCare Pharmaceuticals, Inc., et al.*    No. 3:11-cv-13419-DRH

*Rebecca Kinsey v. Bayer HealthCare Pharmaceuticals, Inc., et al.*    No. 3:11-cv-13463-DRH

*Karen Kirk v. Bayer HealthCare Pharmaceuticals, Inc., et al.*    No. 3:12-cv-10115-DRH

*Melissa Laws v. Bayer HealthCare Pharmaceuticals, Inc., et al.*    No. 3:11-cv-13464-DRH

*Amber Melvin v. Bayer HealthCare*    No. 3:11-cv-13312-DRH

| | |
|---|---|
| *Pharmaceuticals, Inc., et al.* | |
| *Amanda Montgomery v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-13577-DRH* |
| *Deshinae Petetant v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-13432-DRH* |
| *Sonya and Martin Porges v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-13303-DRH* |
| *Caurie Putnam v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:12-cv-10117-DRH* |
| *Carole Reed v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-13496-DRH* |
| *Chantelle Sawyer v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:12-cv-10036-DRH* |
| *Lisa Shortridge v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:12-cv-10043-DRH* |
| *Ashley Trejo v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:12-cv-10057-DRH* |
| *Debra Ward v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:12-cv-10041-DRH* |
| *Chiquita Warren v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-13306-DRH* |
| *Whitney Wauters v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-13618-DRH* |
| *Kate Wilson v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | *No. 3:11-cv-13313-DRH* |

## **JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.**  These matters are before the Court on defendant's

Motion to Dismiss with Prejudice.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the defendant's Motion to Dismiss entered on June 25, 2013, the above captioned cases are **DISMISSED with prejudice**. Each party shall bear their own costs.

                                        **NANCY J. ROSENSTENGEL,**
                                        **CLERK OF COURT**

                                        **BY:   /s/*Sara Jennings***
                                                    **Deputy Clerk**

Dated:  June 25, 2013

APPROVED: David R. Herndon 2013.06.25 15:29:05 -05'00'
            CHIEF JUDGE
            U. S. DISTRICT COURT